**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

United States of America,

    Plaintiff,

    v.

Deswan Robinson,

    Defendant.

Case No. 2:18cr204

Judge Michael H. Watson

**CRIMINAL MINUTES before**
**United States District Judge Michael H. Watson**

**Courtroom Deputy:** Jennifer Kacsor
**Court Reporter:** Lahana DuFour
**Date:** March 13, 2020   **Time: Commenced** 9:00 **Concluded** 9:15 **Total** 15 mins.

United States Attorney: Kevin Kelley  Defendant Attorney: Steve Nolder and Steve Brown

***Court Proceeding:*** Change of Plea - Dft Pleads Guilty to: Count(s) 1, 4 of Indictment

✓ Counsel present.

✓ Deft sworn.

✓ Court questions Deft regarding his competency to enter a plea of guilty.

✓ Plea Agreement summarized by AUSA _____.

___ SA _____ presents Statement of Facts. Agent Sworn.

✓ Court reviews Defendant's rights regarding sentencing under the US Sentencing Commission Guidelines, rights to trial and appeal.

✓ Deft pleads guilty

✓ Court accepts Deft's Plea

✓ PSI ordered by Court.

___ Sentencing set for a future date pursuant to the Court's receipt of the final PSI.

___ Issue of Bond Reviewed.

___ Current Detention Status to remain in effect.

___ Additional Comments.

**Remarks:** [ ] Awaiting initial PSI transmittal